IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JOYCE WILLIAMS,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>　　　　　　**Defendants.** | Case No.:  1:24-cv-02802-TWT-RGV |

NOTICE OF SETTLEMENT AS TO
EXPERIAN INFORMATION SOLUTIONS, INC.

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against remaining Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation for Dismissal with prejudice. It is respectfully requested that the matter stayed for sixty (60) days to allow all parties to finalize settlement details.

　　　Dated: February 26, 2025

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com
PRO HAC VICE
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **26th day of February 2025**. Notice of this filing will be sent to all appearing parties by operation of the Court's electronic filing system.

Dated: January 26, 2025

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.