# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JOYCE WILLIAMS,**<br><br>              Plaintiff,<br><br>-v-<br><br>**TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>              Defendants. | Civil Case No: 1:24-cv-02802-TWT |

## STIPULATION OF DISMISSAL

Plaintiff Joyce Williams and Defendant Trans Union, LLC ("The Parties"), by their undersigned counsel, hereby stipulate to a dismissal of all of Plaintiff's claims against Defendant, **TRANS UNION, LLC only,** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:  September 25, 2025

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
PRO HAC VICE
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Telephone: (732) 695-3282
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*Joyce Williams*

/s/ Paul W Sheldon
Paul W Sheldon, Esq.
Quilling Selander Lownds Winslett Moser, P.C.
6900 N Dallas Parkway
Suite 800
Plano, TX 75024
Telephone: (214) 560-5453
Email: psheldon@qslwm.com
*Attorney for Defendant*
*Trans Union, LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed on September 25, 2025, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

                /s/ Yitzchak Zelman