**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| **JOYCE WILLIAMS,** | |
| **Plaintiff,** | **Civil Case No: 1:24-cv-02802-TWT** |
| **-v-** | |
| **TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| **Defendants.** | |

**STIPULATION OF DISMISSAL**

Plaintiff Joyce Williams and Defendant Experian Information Solutions, Inc. ("The Parties"), by their undersigned counsel, hereby stipulate to a dismissal of all of Plaintiff's claims against the remaining Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.,** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:  October 9, 2025

| | |
|---|---|
| /s/ Yitzchak Zelman | /s/ Nicolas Aalberg |
| Yitzchak Zelman, Esq. | Nicolas Aalberg, Esq. |
| PRO HAC VICE | PRO HAC VICE |
| Marcus & Zelman, LLC | Jones Day |
| 701 Cookman Avenue, Suite 300 | 90 South 7th Street, Suite 4950 |
| Asbury Park, NJ 07712 | Minneapolis, MN 55402 |
| Telephone: (732) 695-3282 | Telephone: (612) 217-8835 |
| Email: yzelman@marcuszelman.com | Email: naalberg@jonesday.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Joyce Williams* | *Experian Information Solutions, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed on October 9, 2025, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Yitzchak Zelman